*Monnett* for petitioner. *Mr. J. Walter Dohany* and *Mr. Frank E. Robson* for respondent.

---

No. 891. FREIBERG MAHOGANY COMPANY *v.* BATESVILLE LUMBER & VENEER COMPANY. April 9, 1923. Petition for a writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. *Mr. Murray Seasongood* for petitioner. *Mr. Judson Harmon* and *Mr. George Hoadly* for respondent.

---

No. 900. CHICAGO, BURLINGTON & QUINCY RAILROAD COMPANY *v.* McKINLEY C. MYERS. April 9, 1923. Petition for a writ of certiorari to the Supreme Court of the State of Missouri denied. *Mr. Bruce Scott* for petitioner. *Mr. William Buchholz, Mr. I. B. Kimbrell* and *Mr. Martin J. O'Donnell* for respondent.

---

No. 904. SAM M. SALIBA ET AL. *v.* UNITED STATES. April 9, 1923. Petition for a writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. Forney Johnston* for petitioners. *Mr. Solicitor General Beck, Mr. Assistant Attorney General Crim* and *Mr. H. S. Ridgely* for the United States.

---

CASES DISPOSED OF WITHOUT CONSIDERATION BY THE COURT, FROM JANUARY 30, 1923, TO AND INCLUDING APRIL 9, 1923.

No. 87. McLANE TILTON *v.* FELIX M. DRENNEN, AS RECEIVER, ETC. Appeal from the Circuit Court of Appeals for the Fifth Circuit. February 19, 1923. Dismissed with costs, pursuant to the 10th Rule. *Mr. Forney Johnston* for appellant. *Mr. H. L. Stevens* and *Mr. Joseph E. Johnson* for appellee.